IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CENTRAL MOLONEY, INC.**                                                              **PLAINTIFF**

v.                          **Case No. 4:20-cv-00537-LPR**

**CUSTOM ROLLFORM PRODUCTS, INC.**                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED with prejudice.

IT IS SO ORDERED this 12th day of November 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE